DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUDOLPH SILAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-3181

[April 27, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 18-003099CF10A.

Rudolph Silas, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***